| Date | Pleading Number | |
|---|---|---|
| 2/5/71 | 1. | Motion (w/breif) of defendants Brown Co., Gulf & Western Ind., Inc. & other named officers and directors of Brown Co. for consolidation of two actions in S.D. New York and one each in Western Pennsylvania and Eastern Pennsylvania. Certificate of Service filed. |
| 2/9/71 | | HEARING ORDER for 2/26/71 in Washington, D.C. Notice tcounsel; copies of order to involved judges; hearing clerk; and court reporter. |
| 2/16/71 | 2. | Response of plaintiff Michael Shapiro |
| 2/16/71 | 3. | Response of Plaintiff Henry Fogler |
| 2/17/71 | 4. | Response of pl. Raymond W. Cromer & Marybelle K. Cromer |
| 2/19/71 | 5 | Brief in opposition to motion of defendants for consolidated or coordinated pretrial proceedings on behalf of Raymond W. Cromer and Marybelle K. Cromer plaintiffs |
| 2/19/71 | 6 | Brief of plaintiffs Golden and Stone in support of motion to transfer to New York/ |
| 2/24/71 | 7. | Letter from Henry Folger (plaintiff) stating his views per se. |
| 2/26/71 | 8. | Letter from Henry Folger XXXXXXXXXXXXXXX LETTER RESPONSE |
| 2/26/71 | 9 | Letter motion from Robert A. Jarvis Atty for plaintiffs Cromer in Cromer v. Brown Co., et al, W.D. Pa., Civil Action No. 70-1412 withdrawing objections to the motion for an order for consolidated or coordinated pretrial proceeding. |
| 4/6/71 | | CONSENT OF TRANSFEREE COURT. Honorable Sidney Sugarman, S.D.N.Y. |
| 4/6/71 | | OPINION AND ORDER transferring Cromer v. Brown, et al., W.D.Pa, 70-1412 Shapiro v. Gulf & Western Ind., et al, E.D.Pa., 71-186 to S.D.N.Y. with Golden & Stone v. Gulf & Western, S.D.N.Y. 70 Civ. 5371 and Fogler v. Brown Co, S.D.N.Y. 70 Civ. 3474 assigning them to Judge Rubin. |

325 307

DOCKET NO. 67

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE BROWN COMPANY SECURITIES LITIGATION

*Closed*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | J. Wolfe Golden & Fannette P. Stone, etc. v. Gulf & Western Industries, Inc., et al *dismissed 2/1/73* | S.D. New York 70 Civ 5371 | | | |
| A-2 | Henry Fogler v. Brown Company *dismissed* | S.D. N.Y. 70 Civ.3474 | | | 71 Civ.1620 |
| A-3 | Raymond W. Cromer & Marybelle K. Cromer v. Brown Company, et al. *dismissed 2/1/73* | W.D. Pa. 70-1412 | Sorg | | 71 Civ.1621 |
| A-4 | Michael Shapiro, etc. v. Gulf & Western Industries, Inc., et al *dismissed 2/1/73* | E.D. Pa. 71-186 | Masterson | | |
| | *Transfers to 6/30/71* | | | | |
| XYZ-1 | Belsky Co. v. Gulf & Western Industries, Inc., et al. *dismissed* | S.D. N.Y. 71 Civ.4654 | Rubin | | |

JP-67

DOCKET NO. 67

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE BROWN COMPANY SECURITIES LITIGATION

\* Service Counsel

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Paul M. Bernstein, Esquire<br>Kreindler and Kreindler<br>99 Park Avenue<br>New York, New York  10016 | BROWN COMPANY<br>  Leon Silverman, Esquire  \*<br>  Fried, Frank, Harris, Shriver & Jacobson<br>  120 Broadway<br>  New York, New York  10005 |
| A-2 | Henry Fogler, Esquire<br>11 Broadway<br>New York, New York 10004 | GULF & WESTERN INDUSTRIES, INC.<br>  Roy L. Reardon, Esquire<br>  Simpson, Thacher & Bartlett<br>  One Battery Park Plaza<br>  New York, New York  10004 |
| A-3 | Robert A. Jarvis, Esquire<br>Beck, McGinnis & Jarvis<br>800 Porter Building<br>~~Philadelphia~~ PITTSBURGH, Pennsylvania 15219 | ROY T. ABBOTT, JR.<br>JAMES. J. BAECHLE |
| A-4 | David Berger, Esquire<br>1622 Locust Street<br>Philadelphia, Pennsylvania  19103 | JOEL DOKLART<br>DON F. GASTON<br>HARRY E. GOULD, SR.<br>ARNOLD S. GREENHUT<br>DAVID N. JUDELSEN<br>GEORGE D. KENNEDY<br>HAROLD MEITUS<br>MERRILL L. NASH |
| XYZ-1 | Badiv B. S. Cohen, Esquire<br>919 Third Avenue<br>New York, N. Y.  10022 | FRANK T. PETERSON<br>JOHN L. SULLIVAN<br>GENE TUNNEY<br>  Pomerantz, Levy, Haudek & Block  \*<br>  295 Madison Avenue<br>  New York, New York  10017<br><br>HARRY E. GOULD, SR.<br>JOEL DOKLART              (W.D. Pa.<br>FRANK T. PETERSON         Case  )<br>ARNODL S. GREENHUT<br>  Kline and Smith<br>  1320 Grant Building<br>  Pittsburgh, Pennsylvania  15219<br><br>BROWN CO.<br>  Kirkpatrick, Lockhart, Johnson & Hutchis<br>  1100 Oliver Building      (W.D. Pa.<br>  Pittsburgh, Pz.  15222    Case) |

over

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | Gulf & WESTERN INDUSTRIES, INC.<br>Thorp, Reed & Armstrong,<br>2900 Grant Building<br>Pittsburgh, Pa.   15219 |
| No. | Plaintiff | Defendant |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 67 -- IN RE BROWN COMPANY SECURITIES LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ABBOTT, JR., ROY T. ✓ | A-1, 3 & 4 |
| BAECHLE, JAMES J. ✓ | A-3 |
| BROWN COMPANY ✓ | A-1, 2, 3 & 4 |
| DOLKART, JOEL ✓ | A-1, 3 & 4 |
| GASTON, DON F. ✓ | A-1, 3 & 4 |
| GOULD, SR., HARRY E. ✓ | A-1, 3 & 4 |
| GREENHUT, ARNOLD S. ✓ | A-3 |
| GULF & WESTERN INDUSTRIES ✓ | A-1, 3 & 4 |
| JUDELSEN, DAVID N. ✓ | A-1, 3 & 4 |
| KENNEDY, GEORGE D. ✓ | A-1, 3 & 4 |

p. _____

| | | |
|---|---|---|
| MEITUS, HAROLD | ✓ | A-1 & 3 |
| Nash, Merrill L. | ✓ | A-1 & 3 |
| PETERSON, FRANK T. | ✓ | A-3 |
| SULLIVAN, JOHN L. | ✓ | A-1 & 3 |
| TUNNEY, GENE | ✓ | A-1, 3 & 4 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |